

IN THE UNITED STATES DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

**FILED**

| | |
|---|---|
| Terence Bruce Richards )<br>Plaintiff )<br> )<br>Vs. )<br> )<br> ) Case Number 08 CV 6810<br>United States of America, Department of )<br>Justice, County of Lake, City of Waukegan, )<br>Federal Defender Program, HSBC Technology ) District Judge Coar<br>& Services (USA) Inc. Manual Barbosa, )<br>James E. Stevens, Daniel Kleinhubert, ) Magistrate Judge<br>Detective Szuchnicki, Paul Flynn, Susan ) Geraldine Soat Brown<br>Hansen, and James Harrington )<br>Defendant(s) ) | DEC 3 0 2008 YM<br>Dec 30, 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

## AMENDED NOTICE OF FILING

Plaintiff, Terence Bruce Richards, respectively files in the Northern District Court of Illinois – Western Division, located at 219 South Dearborn Street, Chicago, Illinois 60604 the following Motion for Deferment of Hearing, pursuant to Fed. R. Civ. P. 12(i), which is to be addressed by District Judge David Coar.

*/s/ Terence Bruce Richards*



IN THE UNITED STATES DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

**FILED**
DEC 3 0 2008 YM
Dec 30. 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Terence Bruce Richards<br>    Plaintiff<br><br>Vs.<br><br>United States of America, Department of<br>Justice, County of Lake, City of Waukegan,<br>Federal Defender Program, HSBC Technology<br>& Services (USA) Inc. Manual Barbosa,<br>James E. Stevens, Daniel Kleinhubert,<br>Detective Szuchnicki, Paul Flynn, Susan<br>Hansen, and James Harrington<br>    Defendant(s) | )<br>)<br>)<br>)<br>)<br>Case Number 08 CV 6810<br>)<br>)<br>) District Judge Coar<br>)<br>) Magistrate Judge<br>)    Geraldine Soat Brown<br>)<br>) |

## AMENDED MOTION FOR DEFERMENT OF HEARING PURSUANT TO Fed. R. Civ. Proc. 12(i)

Plaintiff, Terence Bruce Richards, respectively moves this Honorable Court for a deferment of the hearing of the judgment on the Pleadings, pursuant to Fed. R. Civ. P. 12(i), until the hearing date under Fed. R. Civ. P. 39(a).

1. Plaintiff, Terence Bruce Richards, asserts the following in support his motion for deferment of preliminary hearing.

2. City of Waukegan and Detective Szuchnicki has demanded a jury trial in this instant action, as the same as the plaintiff, Terence Bruce Richards, in support of his request, combining both jury trials would save on judicial economy, of conducting two jury trials, this would create a substantial amount of savings in the cost of litigation.

3. The other party, City of Waukegan and defendant Detective Szuchnicki, has not expressed a need for a preliminary hearing, they filed their motion under a Notice of Filing, and not Notice of Hearing. Providing a contextual basis, that they would prefer to have their motion for judgment of the pleadings, to be conducted at the same time as the trial.

4. The defendant City of Waukegan and defendant Detective Szuchnicki, have not expressed any concern, that this postponement would be prejudicial against them, if there was a postponement of the preliminary hearing, under Fed. R. Civ. Proc. 12(i).

**THEREFORE,** Plaintiff, Terence Bruce Richards, respectively request a postponement of the preliminary hearing, until the trial date, to be heard by a jury trial, pursuant to Fed. R. Civ. Proc. 28(b).