

IN THE UNITED STATES DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

F I L E D

DEC 3 0 2008 YM
Dec. 30. 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Terence Bruce Richards<br> Plaintiff<br><br>Vs.<br><br>United States of America, Department of<br>Justice, County of Lake, City of Waukegan,<br>Federal Defender Program, HSBC Technology<br>& Services (USA) Inc. Manual Barbosa,<br>James E. Stevens, Daniel Kleinhubert,<br>Detective Szuchnicki, Paul Flynn, Susan<br>Hansen, and James Harrington<br> Defendant(s) | )<br>)<br>)<br>)<br>)<br>) Case Number 08 CV 6810<br>)<br>) 08cv6810<br>)<br>) District Judge Coar<br>)<br>) Magistrate Judge<br>)  Geraldine Soat Brown<br>)<br>) |

## AMENDED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR DEFERMENT OF HEARING PURSUANT TO Fed. R. Civ. Proc. 12(i)

Under the English practice at the time of the adoption of the Federal Rules of Civil Procedure, objections in law were filed with the answer heard in advance of trial only if the trial court decided to do so. *The Annual Practice* 1937 O. 25, rr. 1-4 pp. 424-431.

The Rule 12(i) procedure may be invoked only when a Rule 12(b) defense has been properly asserted. *Continental Cablevision Inc. Vs. Storer Broadcasting Co* D.C. Mass. 1986 653 F.Supp. 451, 457 n. 1 Rule 12(i) only authorizes a preliminary hearing for a Rule 12(b) defenses and for a motion under 12(c) for a judgment on the pleadings. The last portion of Rule 12(d) gives the district court discretion to grant a preliminary hearing or to defer resolution of the issues until the trial.

Also, both Plaintiff Richards, and defendant City of Waukegan and Detective Szuchnicki have requested a jury trial. At the beginning of the Twentieth Century the

Supreme Court warned of infringing on the rights to a jury trial when a hearing goes to the merits. Smithers Vs. Smith 1907 27 S.Ct. 297, 204 U.S. 632. Both, parties have requested a jury trial in this matter.

Finally, when a Rule 12(b) defense is raised in by a preanswer motion, the application of the determination for a determination will be included in the motion itself in the form of a notice of hearing. In the instant case, defendant City of Waukegan and defendant Detective Szuchnicki, have not filed a Notice of hearing, but only a Notice of Fling.



## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

TERENCE RICHARDS
**PLAINTIFF**

CASE NO. 08 CV 6810

VS.

UNITED STATES OF AMERICA ET AL
**DEFENDANT**

**PROOF OF SERVICE**

FILED
DEC 3 0 2008 YM
Dec 30, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO: UNITED STATES ATTORNEY'S OFFICE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60657

TO: _____

TO: _____

I, the undersigned (plaintiff / defendant), certify that on the 30 day of DECEMBER 2008, I served a copy of this MOTION FOR DEFERMENT to each person whom it is directed by way of UNITED STATES POST OFFICE.

Name _Terr Barr Rich_
Address 721 WEST BELMONT AVE
City/Zip CHICAGO, ILLINOIS 60657
Telephone _____