

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

# F I L E D

DEC 3 0 2008 YM
Dec 30, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Terence Bruce Richards )
Plaintiff )
)
Vs. )  Case Number 08 CV 6810
)  08cv6810
United States of America, Department of )
Justice, County of Lake, City of Waukegan, )  District Judge Coar
Federal Defender Program, HSBC Technology )
& Services (USA) Inc., Manual Barbosa, )
James E. Stevens, Daniel Kleinhubert, )  Magistrate Judge
Detective Szuchnicki, Paul Flynn, Susan )   Geraldine Soat Brown
Hansen, and James Harrington )
Defendant(s) )

## NOTICE OF FILING

Plaintiff, Terence Bruce Richards, respectively files in the Northern District Court of

Illinois – Eastern Division, located at 219 South Dearborn Street, Chicago, Illinois, 60604 the

following Motion for Deferment of Hearing, pursuant to Fed. R. Civ. P. 12(d), with to addressed

by District Judge David Coar.



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**F I L E D**

DEC 3 0 2008 YM
Dec 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

Terence Bruce Richards )
      Plaintiff )
      )
Vs. )  Case Number 08 CV 6810
      )
United States of America, Department of )
Justice, County of Lake, City of Waukegan, )  District Judge Coar
Federal Defender Program, HSBC Technology )
& Services (USA) Inc., Manual Barbosa, )
James E. Stevens, Daniel Kleinhubert, )  Magistrate Judge
Detective Szuchnicki, Paul Flynn, Susan )     Geraldine Soat Brown
Hansen, and James Harrington )
      Defendant(s) )

## MOTION FOR DEFERMENT OF HEARING
## PURSUANT TO Fed. R. Civ. Proc. 12(d)

Plaintiff, Terence Bruce Richards, respectively moves this Honorable Court for a

deferment of the hearing of the Judgment of the Pleadings, pursuant to Fed. R. Civ. P. 12(d),

until the hearing date under Fed. R. Civ. P. 39(a).

1. Plaintiff, Terence Bruce Richards, asserts the following in support his motion for

   deferment of preliminary hearing.

2. The other party has demanded a jury trial in the instant case, as the same as the

   plaintiff, Terence Bruce Richards, in support of his request, combining both jury trials

   would save on Judicial economy, of conducting two jury trials, this would create a

   substantial of savings in the cost of litigation.

3. The other party, City of Waukegan and defendant Detective Szuchnicki, has not expressed a need for a preliminary hearing, the filed their motion under a NOTICE OF FILING, and not NOTICE OF HEARING. Providing a contextual basis, that they would prefer to have their motion for Judgment of the Pleadings, to be conducted at the same time as the trial.

4. The defendant City of Waukegan and defendant Detective Szuchnicki, have not expressed any concern about, that this postponement would be prejudicial against them, if there was a postponement of the preliminary hearing, under Fed. R. Civ. Proc. 12(d).

**THEREFORE,** Plaintiff, Terence Bruce Richards, respectively request a postponement of the preliminary hearing, until the trial date, to be heard by a jury trial, pursuant to Fed. R. Civ. Proc. 38(b).

CERTIFICATE OF SERVICE

I, TERENCE BRUCE RICHARDS, HEREBY SWEAR UNDER OATH AND AFFIRMATION, THAT I HAVE SERVED A COPY OF THIS MOTION FOR DEFERMENT OF HEARING, UPON SAID DEFENDANTS IN THE CAPTION OF THE MOTION, AT THEIR RESPECTIVE ADDRESSES, BY PLACING A TRUE AND CORRECT COPY IN THE UNITED STATES POSTAL SERVICE, AT THE LOOP STATION IN CHICAGO, ILLINOIS 60604

Terence Bruce Richards

CERTIFICATE OF SERVICE

I, TERENCE BRUCE RICHARDS, HEREBY SWEAR UNDER OATH AND AFFIRMATION, THAT I HAVE SERVED A COPY OF THIS MOTION FOR DEFERMENT OF HEARING, UPON SAID DEFENDANTS IN THE CAPTION OF THE MOTION, AT THEIR RESPECTIVE ADDRESSES, & PLACING A TRUE AND CORRECT COPY IN THE UNITED STATES POSTAL SERVICE, AT THE LOOP STATION IN CHICAGO, ILLINOIS 60604