

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

F I L E D

DEC 3 0 2008  YM
Dec 30, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Terence Bruce Richards )
    Plaintiff )
)
Vs. )  Case Number 08 CV 6810
)
)  08cv6810
United States of America, Department of )
Justice, County of Lake, City of Waukegan, )  District Judge Coar
Federal Defender Program, HSBC Technology )
& Services (USA) Inc., Manual Barbosa, )
James E. Stevens, Daniel Kleinhubert, )  Magistrate Judge
Detective Szuchnicki, Paul Flynn, Susan )     Geraldine Soat Brown
Hansen, and James Harrington )
    Defendant(s) )

## MEMORANDUM OF POINTS AND AUTHORITIES
## IN SUPPORT OF MOTION FOR DEFERMENT OF HEARING
## PURSUANT TO Fed. R. Civ. Proc. 12(d)

Under the English practices at the time of the adoption of the Federal Rules of Civil Procedure, objections in law were filed with the answer and were heard in advance of trial only if the trial court decided to do so. *The Annual Practice* 1937, O. 25, rr. 1-4 pp. 424-431.

The Rule 12(d) procedure may be invoked only when a Rule 12(b) defense has been properly asserted. *Continental Cablevision Inc. Vs. Storer Broadcasting Co.* D.C. Mass. 1986 653 F. Supp. 451, 457 n. 1 Rule 12(d) only authorizes a preliminary hearing for a Rule 12(b) defenses and for a motion under 12(c) for judgment on the pleadings. The last portion of Rule 12(d) gives the district court discretion to grant a preliminary hearing or to defer resolution of the issues until the trial.

Also, both, Plaintiff Richards, and defendant City of Waukegan and Detective Szuchnicki have requested a jury trial. At the beginning of the Twentieth Century the Supreme Court warned of infringing on the rights to a jury trial when a hearing goes to the merits. *Smithers Vs. Smith* 1907 27 S.Ct. 297, 204 U.S. 632. Both, parties have requested a jury trial in this matter.

Finally, when a Rule 12(b) defense is raised in by a preanswer motion, the application of determination for a determination will be included in the motion itself in the form of a notice of hearing. In the instant case, defendant City of Waukegan and defendant Detective Szuchnicki, have not filed a Notice of hearing, but only a Notice of Filing.

*[signature]*