# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Terence Bruce Richards

                           Plaintiff,

v.                                                Case No.: 1:08–cv–06810

                                                 Honorable David H. Coar

United States of America, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 7, 2009:

      MINUTE entry before the Honorable David H. Coar: AMENDED MOTION by Plaintiff Terence Bruce Richards for Deferment of Hearing Pursuant to Fed. R. Civ. Proc. 12(i) [53] is denied. MOTION by Plaintiff Terence Bruce Richards for Deferment of Hearing Pursuant to Fed. R. Civ. Proc. 12(d) [57] is denied. Motion for extension of time to answer by defendant Paul Flynn [60] is granted to 1/26/2009 to answer or plead. Set deadlines as to motion to dismiss [59], motion to dismiss [46], motion to dismiss [38], motion to dismiss [48], motion to dismiss [37] : Responses due by 2/4/2009, Replies due by 2/25/2009.Motion to dismiss [37] ; Motion to dismiss [38] ; Motion to dismiss [46]; Motion to dismiss [48] ; Motion to dismiss [59] are taken under advisement – ruling to issue by mail. Parties need not appear on the presentment date for the above motions.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.