IN THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Terence Bruce Richards<br>Plaintiff | )<br>)<br>) |
| Vs. | ) Case Number 08 CV 6810<br>) |
| United States of America, Department of<br>Justice, County of Lake, City of Waukegan,<br>Federal Defender Program, HSBC Technology<br>& Services (USA) Inc.; Manual Barbosa;<br>James E. Stevens; Daniel Kleinhubert;<br>Detective Szuchnicki; Paul Flynn; Susan<br>Hansen and James Harrington<br>Defendant(s) | )<br>) District Judge:<br>) David Coar<br>)<br>) Magistrate Judge:<br>) Geraldine Soat-Brown<br>)<br>) |

### RESPONSE TO JAMES E. STEVENS'S
### MOTION TO DISMISS, PURSUANT TO Fed. R. Civ. P. 12(b)(6)

Plaintiff, Terence Bruce Richards, respectively presents this response to James E. Steven's motion to dismiss, pursuant to Fed. R. Civ. Proc. 12(b)(6)

In the instant case, Plaintiff Terence Bruce Richards, does not need to obtain Leave of the Bankruptcy Court, to sue defendant James E. Stevens in the present cause of action, also a nunc pro tunc court order is not necessary, as to the fact that plaintiff Terence Bruce Richards is not challenging the custody or the control of the estate property, plaintiff Richards is challenging the abusive, discriminatory, and criminal nature of defendant James E. Stevens's personal conduct.

**THEREFORE,** Plaintiff Terence Bruce Richards, respectively request, that this Honorable Court, deny James E. Stevens's motion to dismiss.

Terence Bruce Richards
1402 Carol Court Apt. 1B
Palatine, Illinois 60074

## PROOF OF SERVICE

I, Terence Bruce Richards, hereby swear under oath and affirmation, that I have served a copy of this brief, upon the defendant James E. Stevens, Charlotte Ann Le Clercq, at the address of Barrack, Switzer, Long, Balsley & Van Evera 6833 Stalter Drive Rockford, Illinois 61108 by placing a true and correct copy in the United States mail, at 3001 North Clark Street, Chicago, Illinois 60657, on January 20th, 2009.

_____
Terence Bruce Richards
1402 Carol Court, Apt. # 1B
Palatine, Illinois 60074