MHN

IN THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Terence Bruce Richards<br>Plaintiff | ) ) ) | 08CV6810 |
| Vs. | ) ) | Case Number 08 CV 6810 |
| United States of America; Department of<br>Justice; County of Lake; City of Waukegan;<br>Federal Defender Program; HSBC<br>Technology & Services USA Inc.; Manual<br>Barbosa; James E. Stevens; Daniel<br>Kleinhubert; Detective Szuchnicki; Paul<br>Flynn; Susan Hansen; and James Harrington | ) ) ) ) ) ) ) ) | District Judge<br>David H. Coar<br><br>Magistrate Judge<br>Geraldine Soat Brown |

## PLAINTIFF'S TERENCE BRUCE RICHARDS'S
## RESPONSE TO JAMES HARRINGTON'S
## MOTION TO DISMISS, PURSUANT TO FED. R. CIV. PROC. 12(b)(6)

I, Terence Bruce Richards, respectively presents this response to James Harrington's MOTION TO DISMISS, PURSUANT FED. R. CIV. PROC 12(b)(6), and in support thereof, presents the attached Memorandum of Law, to substantiate his standing in defending the MOTION TO DISMISS, pursuant to Fed. R. Civ. Proc. 12(b)(6).

*[signature]*

**FILED**

FEB 0 2 2009 TC
2-2-2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## PROOF OF SERVICE

I, Terence Bruce Richards, hereby swear under oath and affirmation, that I have served a copy of this Response to James Harrington's motion to dismiss, pursuant Fed. R. Civ. Proc. 12(b)(6), by mailing a true and correct copy to James Harrington located at 34186 North Redtop Road, Round Lake, Illinois 60073, by placing a true and correct copy with the third party, Federal Express located at 3000 North Clark Street, Chicago, Illinois 60657, on January 31, 2009.

Terence Bruce Richards
1402 Carol Court Apt. 1B
Palatine, Illinois 60074