IN THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Terence Bruce Richards )<br>Plaintiff )<br> )<br>Vs. )<br> )<br>United States of America, )<br>Department of Justice, County )<br>Of Lake, City of Waukegan, )<br>Federal Defender Program, )<br>HSBC Technology & Services )<br>(USA) Inc. Manual Barbosa, )<br>James E. Stevens, Daniel )<br>Kleinhubert, Detective )<br>Szuchnicki, Paul Flynn, Susan )<br>Hansen, James Harrington )<br>Defendant(s) ) | Case Number 08 CV 6810<br><br>District Judge Coar<br><br>Magistrate Judge Soat Brown |

FILED
MAR 11 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## RESPONSE TO FEDERAL DEFENDANT(S) MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Plaintiff, Terence Bruce Richards, by and through his own representation, moves this Honorable Court, pursuant to Fed. R. Civ. Proc. 12(b)(6), to deny Federal Defendant(s) motion to dismiss plaintiff Terence Bruce Richards complaint, with prejudice.

Terence Bruce Richards
1402 Carol Court, Apt 1B
Palatine, Illinois 60074

## PROOF OF SERVICE

I, Terence Bruce Richards, swear under oath and affirmation, that I have served a copy of tbis Response to Motion to Dismiss Plaintiff's Complaint, upon United States Attorney's Office located at 219 South Dearborn Street, Suite 5th Floor, Chicago, Illinois 60604, by placing a true and correct copy of this motion in the United States Postal Service at 3000 North Clark Street, Chicago, Illinois 60657, on March 11th, 2009.

Terence Bruce Richards
1402 Carol Court Apt 1B
Palatine, Illinois 60074
(773) 301 - 7652