FILED
APR - 3 2009
Apr 3. 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

Terence Bruce Richards )
      Plaintiff )
) 08cv6810
) Case Number 08 CV 6810
Vs. )
) District Judge: Coar
United States of America Et. Al. )
      Defendant(s) )

## AFFIDAVIT IN SUPPORT OF SOCIAL JUSTICE

Title 42 U.S.C. §1983, was enacted by the United States Congress, to over come the powerless authority, who allowed organized crime, like the Klu Klux Klan, to rule the proud nation of the United States of America. The enactment, was to use federal authority, to overcome the state authority, when there was a lack of an appropriate statute, the statute was inadequate to undo the wrong inflicting the criminal activity, or where there was a statute, but, the powers to be would not enforce the statute, rendering the statute inapplicable. In the instant case, plaintiff Richards, was maliciously and sadistically attacked by third party Donald James Harrington, involving criminal theft.

Donald James Harrington, devised a criminal scheme, to inflict the Chicago Gay community, by running a "discrete" ad, in the Chicago Gay Magazine, that is posted in interstate commerce, to gain entrance to individual's homes, to run his deceptive confidence game. Donald James Harrington knows, that these individuals, will not report him, because of the source of contact, they individual will want to keep it a "secret". Donald James

Harrington gains access to individual's homes, to scope out the individual's property, and to interview them, as to what other property, they may have in their possession. He then gains their confidence of trust, to then convert, their property, to his own use, so he can run "hang out" at strip joints. In 2003, (which is included in the period of statute of limitations, under Title 18 U.S.C. §3293).

> No person shall be prosecuted, tried, or punished for a violation of, or a conspiracy to violate –
> (1) section 215, 656, 657, 1005, 1006, 1007, 1008, 1014, or 1344;
> (2) section 1341 or 1343, if the offense affects a financial institution; or
> (3) section 1963, to the extent that the racketeering activity involves a violation of section 1344;
> unless the indictment is returned or the information is filed within 10 years after the commission of the offense. (emphasis added)

Donald James Harrington, gains access to an individual's trust, encouraging them to take out "school loans", claiming he is a student at Carthage College, in Kenosha Wisconsin. Inflicting his criminal activity, upon the financial institutions, of this great nation, in violation of Title 18 U.S.C. §1344.

Donald James Harrington, has been running, this confidence game, from 2002, including the time period of when he victimized, plaintiff Richards, with his criminal activity. Donald James Harrington, continues, this criminal activity, because criminal Manuel Barbosa, encourages, this type of activity, to plaintiff Richards, best knowledge, Donald James Harrington, has been running this game, up to the filing of the instant case, December 11th, 2008. He attempted to run the ad, for two weeks in the month of February 2009, specifically, February 5th, 2009, and February 12th, 2009. So, while criminal Manuel Barbosa, and

criminal James E. Stevens, embezzled, and misappropriated, plaintiff, Richards, property, from plaintiff Richards, to third party, Donald James Harrington, and then proceeded to bashing in plaintiff Richards face, Donald James Harrington, is able to continue his criminal activity, against society, specifically, the Chicago Gay Community. There are laws on the books, to stop this criminal activity, but these laws are inapplicable to the instant case, because, of the because of cronyism, bankruptcy rings, and other scandals that taint the entire system.

For example, the Northern Illinois District Attorney's office has been prosecuting prior governor, Rod. R. Blagovich, for "interstate fraud", through phone conversations, in violation of Title 18 U.S.C. §1344., for his crimes against society of the "People of Illinois", third party, Donald James Harrington, has been on the rampage of attacking, the Chicago Gay community, for his criminal activity, of running a scheme of claiming to be a 19 year old "college student", when in fact, he is now, a 29 year old man. He managed to manipulate, the legal system, in criminal case 03CF2708, and allow, defendant, Klienhubert, allow, him off, a minor in fracture, of embezzling plaintiff Richards, retirement account, consisting of approximately $100,000.00 dollars. The courts, only claim "plaintiff Richards, is Bipolar, he passed Donald James Harrington, the property".

Plaintiff, Richards, recourse, is to contact, the prior governor's attorney's office, and inform them of the misapplication of the United States Attorney's office, in implementing the federal laws, fairly and equally. Where, the attack, the criminal governor, but allow, a two bit male "hustler" to go unscathed. They

can use, this knowledge, to attack the legal system, and possibly, attack the United States Attorney's Office, for the misapplication of the laws, claiming "selective" prosecution.

This criminal activity goes unscathed, in the Northern District of Illinois, because of bankruptcy rings, and other scandals, that inflict our entire legal system. **In 1996, an oversight Hearing, on the United States Trustee Program was heard by the Judiciary Committee of the United States House of Representatives that reported "widely reported stories of cronyism, bankruptcy rings, and other scandals that tainted the entire system".**

Bankruptcy clubs/rings can be best described as organized crime, consisting of extortion, racketeering, and embezzlement, through the United States Bankruptcy courts. When this allegation was made in the Circuit Court of Winnebago County, Pecatonica, Illinois attorney, Janet Fuenty opposed it by inferring the person impugned the entire Winnebago County Bar. Please note, the difference... the allegation was made towards the *bankruptcy court* (emphasis added). Attorney Fuenty applied it to the entire Winnebago County Bar.

A group of attorneys who are appointed trustees in bankruptcy court, acme up with a plan on how to embezzle and extort money by setting up people who are already in financial trouble. To do this, they needed cooperation and information from attorneys filing bankruptcy cases and those representing parties in bankruptcy courts. Based on reports from reliable sources

who are attorneys, the racketeering operation forbids them from challenging Chapter 7 trustees. More than a few attorneys that refuse to collude in schemes of extortion have themselves subject to bankruptcy judges that make them return fees, and enjoin them from practicing bankruptcy. Some have found their licenses to practice law is suspended for several years.

In the particular, case, criminal Bankruptcy Judge Manual Barbosa, had his bankruptcy ring, and his Rockford friends and buddies, gain up onto plaintiff Richards, and beat the living ???? out of him. Bankruptcy Judge Manuel Barbosa attempted to enter a "gag" order against plaintiff Richards, but to this date, has failed to manage to tie his own shoe.

Manual Barbosa, was appointed to the bench in March 1998 after working for the Illinois Department of Human Rights for 18 years as a Commissioner. A law degree is not a qualification to serve as a Commissioner with the Department of Human Rights. Commissioners are not hired, in the common use of the word. They are appointed – political, patronage positions.

According to the court's web page, Manuel Barbosa was Chairman of the Department of Human Rights. The Court's web site reads:

"Chairman, Illinois Human Rights Commission, 1980-1998".

This is DECEPTIVE! Manual Barbosa was one of thirteen Commissioners. The top position of the Illinois Human Rights Commission is titled Executive Director. That position is followed by a General Counsel. That position is followed by an Assistant General Counsel. The commission also has a Chief Administrative Law

Judge and hearing and motion judges. Barbosa held none of these positions. Chairman of the Commissioners can be likened as being the host of a conference.

The Martindale-Hubble edition for 1997 does not have a rating for Manuel Barbosa. The web site for the library of NIU reports that Manual Barbosa was with the law firm of Barbosa and Gil located in Elgin Illinois. Obviously, Manuel Barbosa was able to supplement his income as an attorney with his income as a Commissioner with the Illinois Rights Commission. As a Commissioner with the Illinois Human Rights Commission, his annual salary was in the range of $31,616. As Chairman, his salary was approximately, $35,129. As a criminal pretending to be a Federal U.S. Bankruptcy Judge, his salary is approximately $120,000.00

What qualifies criminal Manuel Barbosa to be a judge? Good question. Observed in court, most of his decisions are based on his opinion of the character of the debtors and not on the law or the evidence.

Here is an example of how it works in at least one region....

The Northern District of Illinois, Western Division, covers approximately, 10 countries. Attorney's practicing law in other countries need the cooperation of the bankruptcy trustees. If they do not agree with their schemes of extortion, fraud, and embezzlement, they might very well find their cases dismissed upon motions of the trustees.

Members of the "club" are obligated by club rules, to inform the trustees of any client they have who is not familiar with the law.

At least one attorney reported that he was threatened by a trustee of the Northern District Bankruptcy Court "ring" that he would never practice law again unless he went along with their extortion scheme. In the case of Plaintiff, Richards, criminal Bankruptcy Trustee Stevens, embezzled and misappropriated funds from plaintiff Richards, and his creditors to third party male "hustler" Donald James Harrington, in exchange for an alleged "blow job" from Donald James Harrington. Another attorney, has reported, that he was threatened with sanctions, just like plaintiff Richards, who is not attorney, was sanctioned by the corrupt Seventh Circuit Court of Appeals, in case 08 2759, without any hearing on the issue, in violation of the United States Supreme Court, ruling or *Roadway*. The interesting thing, is plaintiff Richards, is not an attorney, nor claims to be one.

There is an allegation that Chapter 7 trustees are required to deposit portions of their commissions in an off-shore bank account. Upon last report, it was with a bank in South America. That money is earmarked, its main purpose being to pay politicians to bring nominations of cooperative U.S. Trustees and U.S. Attorney's for the federal bench before the U.S. President. One nominated, money is then paid to certain politicians to make sure those nominations are appointed.

It is rumored, that a portion of the club's dues pay for Manuel Barbosa's seat. Through sources, of plaintiff Richards, an individual wrote to U.S. Senator of Illinois, Richard Durbin (D) asking what his involvement was in the appointment of Manual Barbosa, through the Seventh Circuit's appointment process. Their

allegedly appears to be evidence, that Judge Manuel Barbosa's appointment, was bought, with the club's dues. Plaintiff, Richards, is going to pass along this alleged information to prior governor, Rod. R. Blagovich's attorney, next week, April 6th, 2009 through April 10th, 2009, to show that Manuel Barbosa's seat, was bought.

Unlike other organized crime in America, organized crime in the U.S. Trustee Program uses, private parties, bankruptcy trustees, to engage in harmful retribution against innocent individuals who are not parties to the organization. To guarantee that the will not be blackmailed, bankruptcy judges are obligated to rubber-stamp whatever the trustee wants.

*[signature]*