IN THE NORTHERN ILLINOIS DISTRICT COURT
EASTERN DIVISION

| | |
|---|---|
| Terence Bruce Richards<br>    Plaintiff | )<br>)<br>) Case Number 08 CV 6810 |
| Vs. | )<br>) District Judge: Coar |
| United States of America<br>    Defendant(s) | )<br>) |

# AFFIDAVIT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT JAMES HARRINGTON, ON THE ISSUE OF LIABILITY, PURSUANT TO Fed. R. Civ. Proc. 56(d)(2)

1. Plaintiff, Terence Bruce Richards, asserts the following, based on personal knowledge,

2. I am over the age of 18 years old.

3. On or about, March 30th, 2006, Plaintiff, Terence Bruce Richards, was accosted by a Federal Bureau of Investigations, special agent, at the Dunkin Donuts, on Chicago Street (facilities, no longer exist, building has been recently torn down, in 2009), Chicago, Illinois after they were tipped off, by Defendant [James] Harrington, who acted maliciously, willfully, arbitrarily, and irrationally, placing his son's sin's of theft of Plaintiff Richards's property, onto Plaintiff Richards, without provocation, and justification, failing to investigate the truth of the matter, maliciously and sadistically

with the intent to inflict harm, holds the Plaintiff [Richards], on the phone deceptively, concealing his true intentions, to willfully incarcerate, Plaintiff Richards. (Comp, Dkt #1, ¶194; James Harrington's Motion to dismiss 1/5/2009).

4. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

                                                        Terence Bruce Richards
                                                        1402 Carol Court Apt. 1B
                                                        Palatine, Illinois 60074

Subscribe and Sworn to before me,
This 29th day of May, 2009

_____
Notary Public

"OFFICIAL SEAL"
Rosemary Lewis
Notary Public, State of Illinois
Cook County
My Commission Expires June 14, 2011