*MHN*

**IN THE NORTHERN DISTRICT COURT OF ILLINOIS**
**EASTERN DIVISION**

*FILED*
*J.N 5-28-2009*
*MAY 28 2009*

*MICHAEL W. DOBBINS*
*CLERK, U.S. DISTRICT COURT*

| | |
|---|---|
| Terence Bruce Richards | ) |
| Plaintiff | ) |
| | ) |
| Vs. | ) |
| | ) Case Number 08 CV 6810 |
| United States of America | ) |
| Department of Justice | ) District Judge: David Coar |
| County of Lake | ) |
| City of Waukegan | ) Magistrate Judge: Brown |
| Federal Defender Program Inc. | ) |
| HSBC Technology & Services USA Inc. | ) |
| Manuel Barbosa | ) |
| James E. Stevens | ) |
| Daniel Kleinhubert | ) |
| Detective Szuchnicki | ) |
| Paul Flynn | ) |
| Susan Hanson | ) |
| James Harrington | ) |

*DOCKETED*
*MAY 2 9 2009*

**AFFIDAVIT OF THE 2002 to 2003 THEFT,**
**COMMITTED BY DONALD JAMES HARRINGTON,**
**IN SUPPORT OF AFFIDAVIT OF UNDISPUTED FACTS**
**IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**
**AGAINST DEFENDANT JAMES HARRINGTON,**
**ON THE ISSUE OF LIABILITY,**
**PURSUANT TO Fed. R. Civ. Proc. 56(d)(2)**

### *Background*

1. Plaintiff, Terence Bruce Richards, presents the following facts, based on personal

   knowledge.

2. Plaintiff Terence Bruce Richards (hereinafter referred to as plaintiff RICHARDS), was

   diagnosed with hypopituitarisim, on December 2001, at his physician's office, Dr. Sophia

   Garcia – Buder located at 2719 North Halsted Street, Chicago, Illinois, 60614, with an

   associated mental health issue of the general category of mood disorders, originating from a

1

*139*

General Medical Condition – Hypothryroidism 293.83 (Mood Disorder Due to Hypothyroidism), and not the specific category of 296.4x Bipolar I Disorder (Most Recent Episode Manic).

3. In September 2002, plaintiff Richards met Donald James Harrington, through the Gay Chicago Magazine. Donald James Harrington was running an escort/ modeling ad, in the personals section of the magazine. Plaintiff Richards, was informed that the third party Donald James Harrington was living at 901 Corona Street, Waukegan, Illinois 60085, Plaintiff Richards learned, that was not the correct town for 901 Corona Street, that 901 Corona Street was located in Round Lake Beach, by the Gurnee Police Department, however. plaintiff Richards was also informed by Donald James Harrington that Donald James Harrington was attending Carthage College in Kenosha Wisconsin, and he was driving a new 2002 PT Cruiser.

4. Plaintiff RICHARDS, was continuing his medical services, with Dr. Sophia Garcia – Buder, and was referred to her, through his family physician Doctor Barrett located at Howard Brown Medical Services located at 4025 North Sheridan Road, Chicago, Illinois, 60613. Plaintiff RICHARDS, was in view of individuals who were suffering from the epidemic of the AIDS virus, since Howard Brown is a gay family practice. The AIDS virus was the unconditional stimulus, and fear of death was the unconditional response. Donald James Harrington, prostituting himself was the conditional stimulus. Therefore, the plaintiff associated, Donald James Harrington prostituting himself, having multiple contacts, with strangers, who would care less if he lived or died, placed a fear of death into the plaintiff, complicated with being a hormone drug, Humatrope, Recombinant Growth Hormone, which the plaintiff alleges increased his oxytocin (neurohypophysis hormone) levels.

2

5. On or about, October 23rd, 2002, plaintiff RICHARDS, lent $2,000.00 to a third party by the name of Donald James Harrington, at his prior residence (2408 Aspen Drive, Woodstock, Illinois 60098). The third party upon his representations was going to be using the money to pay his hospital bill for his new son, Triston. Plaintiff RICHARDS borrowed this money from his Harris Bank Unsecured Banking loan account (Acct #029-0008-100238438).

6. On or about, November 1st, 2002, plaintiff RICHARDS, lent $750.00 to third party Donald James Harrington, in the Dominick's parking lot located in McHenry, Illinois. The third party, after one and half hours of coercing, threatening, and intimidating, Plaintiff Richards to lend him this money, so he can pay for his new born child's basic psychological factors (food, clothing, and shelter), after going to the Sugar Shack (strip joint in Lake Geneva, Wisconsin).

7. On or about, November 5th, 2002, plaintiff RICHARDS lent third party Harrington, $715.00, so third party Harrington could pay his wife's ob/ gyn doctor bill. This transaction occurred at the strip joint, in Lake Geneva, Wisconsin.

8. On or about, November 2nd, 2002, plaintiff RICHARDS, harassed at his home, located at 2480 Aspen Drive, Woodstock, Illinois 60098 by third party Donald James Harrington for $3,000, for the purpose of repairing his 1993 Delta 98 automobile. This harassment went on for several hours, until the plaintiff conceded.

9. On or about November 12th, 2002, plaintiff RICHARDS lent third party Harrington, $5,000.00, for fall tuition at Carthage College, Kenosha Wisconsin. This transaction once again occurred at the Plaintiff's home located at 2408 Aspen Drive, Woodstock, Illinois, 60098. Plaintiff RICHARDS had third party Harrington sign a promissory note, and this

3

money was borrowed from his Harris Unsecured Banking loan account (Acct #029-0008-100238438).

10. On November 15th, 2002, Plaintiff RICHARDS was harassed and threatened again, in the Dominick's parking lot, at 2:00a.m. by third party Donald James Harrington, to lend third party Harrington $750.00 for various needs. This time, after a police officer, pulled up behind the automobile, to investigate, why there has been a car, with two individuals, sitting in the car for the last two hours, the third party pulled a sheath knife, and was twirling the knife, in his hands.

11. On or about, November 18th, 2002, plaintiff RICHARDS was coerced by third party Harrington to switch the visiting sites, from McHenry and Woodstock, Illinois, ever since the first visit by the McHenry Police Officer, on November 15th, 2002. Plaintiff Richards was cajoled to take out a Harris Bank Unsecured loan, for $1,500.00 to make repairs to a Delta 98 automobile.

12. On or about, November 23rd, 2002, plaintiff RICHARDS was forced to cash in his life insurance policy, that he possessed since he was born, a 41 year old policy, this occurred at 901 Corona Street, Round Lake Beach, Illinois, at the third party's parent's home. The cash value of this insurance policy was $2,300.00, and this money was allegedly was supposed to be used for Christmas shopping for his immediate and extended family.

13. On or about, November 29th, 2002, the plaintiff, informs third party Harrington that the cash lending has to stop. That the plaintiff needs his money for his own needs, and would like to start getting paid back for some of this money that was lent to third party Harrington. The plaintiff borrowed third party, Harrington, another $300.00, and that would have to be the limit.

4

14. On December 13th, 2002, Plaintiff RICHARDS, against his will lent the third party

    Harrington another $750.00 for the purpose of getting through the Christmas season, and that

    third party Harrington will have to get out and look employment.

15. On or about, December 27th, 2002, Plaintiff RICHARDS was under the impression, that, he

    would be taking a ski trip to Colorado, with third party Harrington, but at the last minute, the

    third party Harrington, pulled the bait and switch, and forced the plaintiff, to lend the third

    party Harrington $900.00 from his paycheck, so third party Harrington may take a trip to

    with his father and his father's boyfriend.

16. On or about, January 2nd, 2003, Plaintiff RICHARDS borrows third party Harrington

    $6,800.00 from his 401(k) loan (loan number 12). This money was lent to pay for third party

    Harrington's spring semester tuition at Carthage College, Kenosha Wisconsin, a school, the

    plaintiff discovers from the Gurnee Police Department, at a later date, that third party

    Harrington never attended or enrolled.

17. On or about January 9th, 2003, third party Harrington forced the plaintiff RICHARDS to pay

    $1,000.00 for alleged damages to third parties brand new 2003 PT Cruiser, (which third party

    Harrington was allegedly conning another individual to obtain this vehicle, this vehicle was

    never owned by third party Harrington, which the plaintiff was under the assumption). This

    transaction occurred in Gurnee, Illinois, ever since the Mc Henry Police Department started

    additional surveillance of the Dominick's parking lot at night.

18. On or about, January 10th, 2003, the plaintiff lent third party Harrington another $750.00 for

    miscellaneous expenses from his paycheck from Household International (Household

    Finance).

5

19. On or about, January 17th, 18th, 23rd, 24th, and February 7th, 2003, the petitioner borrowed money from several payday loan places including Short Term loan, Universal Cash Express, and U.S. Cash Express, and American Cash-N-Go, for the purpose of repairing a universal place for both him and third party Harrington to reside at, this place would have been closer to the Plaintiff's employer Household International located in Prospect Heights, Illinois. The Plaintiff was unaware of third party Harrington having a wife or a child. Until, this point that the money, lent back in October and November was used to pay for his child's expenses.

20. On or about, February 14th, 2003, the plaintiff, lent $4,800.00 to third party Harrington to pay for his Summer Semester Tuition, a school he never attended or enrolled.


Terence Bruce Richards
1402 Carol Court Apt. 1B
Palatine, Illinois 60074


Subscribed and Sworn to Before Me,

This 28TH , day of May, 2009.

Notary Public

```
*OFFICIAL SEAL*
Rosemary Lewis
Notary Public, State of Illinois
Cook County
My Commission Expires June 14, 2011
```

6

| Date | Item | Where | Amount | Source |
|------|------|-------|--------|--------|
| November 6, 2003 | DVD Player | Crystal Lake, Ill | 129.99 | Circuit City |
| November 15, 2003 | Wireless Phone | Gurnee, Illinois | 450.00 | Circuit City |
| November 15, 2003 | Auto Stereo | Gurnee, Illinois | 990.01 | Circuit City |
| December 23, 2003 | X-Files Complete Set | Gurnee, Illinois | 500.00 | Circuit City |
| December 25, 2003 | Fire Lens Sunglasses | Gurnee, Illinois | 300.00 | Sunglass Hut |
| December 25, 2003 | Movado Watch | Gurnee, Illinois | 650.00 | Movado Retail Store |
| December 21, 2002 | Skis | Gurnee, Illinois | 1000.00 | Sport's Authority |
| January 16, 2003 | Friendship Rings | Crystal Lake, Ill | 4397.86 | Helzberg Diamonds |
| January 16, 2003 | BMW | Waukegan, Illinois | 2000.00 | Roadside Auto |
| February 2, 2003 | Auto Subwoofers | Crystal Lake, Ill | 770.92 | Circuit City |
| February 2, 2003 | Cell Phone | Gurnee, Illinois | 487.98 | Circuit City |
| February 3, 2003 | Large Screen TV | Gurnee, Illinois | 4027.97 | Circuit City |
| February 6, 2003 | Diamond Earrings | Crystal Lake, Ill | 1187.87 | Helzberg Diamonds |
| February 7, 2003 | Tires/ Rims | Waukegan, Illinois | 1750.89 | Waukegan Tires |
| February 6, 2003 | Neck Chain | Crystal Lake, Ill | 1187.17 | Helzberg Diamonds |
| February 14, 2003 | Diamond Earrings | Crystal Lake, Ill | 2188.94 | Helzberg Diamonds |
| February 14, 2003 | Jewelry Ring | Dundee, Illinois | 241.88 | J. B. Robinson |
| February 14, 2003 | Computer Games | Gurnee, Illinois | 131.96 | Circuit City |
| February 23, 2003 | Pool Table/ Overhead Light | Gurnee, Illinois | 1711.94 | Pool-A-Rama |
| February 25, 2003 | Carpeting | Gurnee, Illinois | 2000.00 | American Floor Show |
| March 1, 2003 | Living Room Furniture | Waukegan, Illinois | 1200.00 | American Furniture |
| March 2, 2003 | Computer | Gurnee, Illinois | 1765.49 | Circuit City |
| March 3, 2003 | Neck Chain | Crystal Lake, Ill | 1063.00 | Helzberg Diamonds |
| March 4, 2003 | Stove | Waukegan, Illinois | 1000.00 | Home Depot |
| March 5, 2003 | Refrigerator | Crystal Lake, Ill | 2174.59 | Home Depot |
| March 6, 2003 | Tools | Waukegan, Illinois | 500.00 | Home Depot |
| March 17, 2003 | Virgin Islands Vacation | Virgin Islands | 3074.08 | Apple Vacations |
| | | | 36882.54 | |

The receipts for the BMW car, Tires/Rims, Jewelry Ring, Living Room Furniture, and Stove, Tools, and Virgir
available at the court hearing.

Crystal Lake
Helzberg Diamonds    815-459-0855

********** REPRINT **********
Register        1        Date      01/14/2003
Cashier        6640      Time      00:41no
Transaction No. 180019    Store      626

# Terence Richards

Sales Associates:
    DEBORAH K.    25569

1546410        1,375.00 1        1,375.00
14KTT GTS 1/2CTW DIA
    01 EXT CHRISTMAS CATAL        (376.00)
Net Amount        999.00

1516389        49.99 1        49.99
ECP JEWELRY 500-999
Contract Number: 006261800191
Net Amount        49.99

1546410        1,375.00 1        1,375.00
14KTT GTS 1/2CTW DIA
    01 EXT CHRISTMAS CATAL        (376.00)
Net Amount        999.00

1516389        49.99 1        49.99
ECP JEWELRY 500-999
Contract Number: 006261800193
Net Amount        49.99

Subtotal        2,097.98
Tax 0.000%        .00
Tax 6.500%        129.88
                =========
Total        2,227.86

Helzberg Diamond Card        (2,227.86)
    XXXXXXXXXXXX3188 M 07/05
    77868 6 Mos GAC - 8750 Min
    Approval Codes P45049

Change        .00

***************************************
*** C U S T O M E R    C O P Y ***
***************************************

If it comes from the heart, shouldn't it
come from Helzberg Diamonds?
www.helzberg.com

---

Crystal Lake
Helzberg Diamonds    815-459-0855

********** REPRINT **********
Register        1        Date      01/16/2003
Cashier        4152      Time      09:06am
Transaction No. 189834    Store      626

# Terence Richards

Sales Associates:    35569

*RETURNED ITEM FROM:
    Volume St: 626  TN: 180019  Dt: 01/14/2003
Tax Loc:  626 Orig. St: 626

*1546410        (1,375.00) 1        (1,375.00)
14KTT GTS 1/2CTW DIA
    01-Sale Discount        376.00
Net Amount        (999.00)

Sales Associates:    35569

*RETURNED ITEM FROM:
    Volume St: 626  TN: 180019  Dt: 01/14/2003
Tax Loc:  626 Orig. St: 626

*1516389        (49.99) 1        (49.99)
ECP JEWELRY 500-999
Contract Number: 006261800191
Net Amount        (49.99)

Sales Associates:    35569

*RETURNED ITEM FROM:
    Volume St: 626  TN: 180019  Dt: 01/14/2003
Tax Loc:  626 Orig. St: 626

*1546410        (1,375.00) 1        (1,375.00)
14KTT GTS 1/2CTW DIA
    01-Sale Discount        376.00
Net Amount        (999.00)

Sales Associates:    35569

*RETURNED ITEM FROM:
    Volume St: 626  TN: 180019  Dt: 01/14/2003
Tax Loc:  626 Orig. St: 626

*1516389        (49.99) 1        (49.99)
ECP JEWELRY 500-999
Contract Number: 006261800193
Net Amount        (49.99)

Subtotal        (2,097.98)
Tax 0.000%        .00
Tax 6.500%        (129.88)
                =========
Total        (2,227.86)

***** CUSTOMER REFUND *****
Helzberg Diamond Card        2,227.86
    XXXXXXXXXXXX3188
    77868 6 Mos GAC - $750 Min

Change        .00

Crystal Lake
Helzberg Diamonds     815-459-8455

```
*********** REPRINT ***********
Register      1      Date      01/16/2003
Cashier       4152   Time      09:09pm
Transaction No. 189037  Store     626
```

## Terence Richards

Sales Associates:
DEBORAH K.   35569

## Layaway/Spec Ord ID.
## 052610937

```
1560029       2,975.00  1     2,975.00
PLAT 1CTW CW GTS DIA
  01 EXT CHRISTMAS CATAL     (976.00)
Net Amount                    1,999.00

1516318       69.99  1        69.99
ECP JEWELRY 1,000-2,
Contract Number: 606261899371
Net Amount                     69.99

1560029       1,999.00  1       .00
PLAT 1CTW CW GTS DIA
  *SPECIAL ORDER LAYAWAY*
  01 EXT CHRISTMAS CATAL  (976.00)

1516318       69.99  1         .00
ECP JEWELRY 1,000-2,
  *SPECIAL ORDER LAYAWAY*
Net Amount                      .00

Layaway Deposit              2,198.93

Subtotal                     4,267.92
Tax 0.000%                       .00
Tax 6.500%                    129.94
                         ===========
Total                        4,397.86

Pre-authorized MDS Charge   (2,500.00)
XXXXXXXXXXXX3100 M  07/05
77568 6 Mos SAC - $750 Min
  Approval Code: M12399
American Express            (1,897.86)
XXXXXXXXXXXX1899 M S 12/04
  Approval Code: 566414

Change                           .00
```

```
*******************************
*** C U S T O M E R   C O P Y ***
*******************************
```

FRIENDSHIP RINGS

If it comes from the heart, shouldn't it
come from Helzberg Diamonds?
www.helzberg.com

---

Crystal Lake
Helzberg Diamonds     815-459-8455

```
*********** REPRINT ***********
Register      1      Date      02/06/2003
Cashier       4152   Time      07:05pm
Transaction No. 191885  Store     626
```

## Terence Richards

Sales Associates:
Melinda W.   7881

```
1570685       1,875.00  1     1,875.00
14KW 3/4CT DIA STUD
  01 VALENTINE'S EVENT V      (876.00)
  05-Break-up                 (499.50)
  02-Discount                   (.50)
Net Amount                     499.00

1516298       34.99  1         34.99
ECP JEWELRY 200-499
Contract Number: 006261912851
Net Amount                     34.99

1548926       685.00  1        685.00
14KW 22" WIDE FIGARO
  02-Discount                 (235.00)
Net Amount                     450.00

1516292       34.99  1         34.99
ECP JEWELRY 200-499
Contract Number: 006261912853
Net Amount                     34.99

1502718       135.00  1        135.00
14KW MATTE & PDL OPE
  02-Discount                  (35.00)
Net Amount                     100.00

1465471          .00  (          .00
NEW REPAIR GFTUP   1003561988
SKU #   1570685
Net Amount                       .00

Subtotal                     1,110.98
Tax 0.000%                       .00
Tax 0.000%                       .00
Tax 6.500%                     60.19
                         ===========
Total                        1,187.17

American Express            (1,187.17)
XXXXXXXXXXXX1899 S 12/04
  Approval Code: 583487

Change                           .00
```

#1003561988 Repair Bal. Due          0
Not including applicable sales tax.

```
*******************************
*** C U S T O M E R   C O P Y ***
*******************************
```

NECK CHAIN

If it comes from the heart, shouldn't it
come from Helzberg Diamonds?
www.helzberg.com

Crystal Lake
Helzberg Diamonds     015-459-8955

********* REPRINT *********
Register        1        Date        02/15/2003
Cashier        5407        Time        04:50pm
Transaction No. 192821        Store        626

# Terence Richards

Sales Associates:
        Sonia A.        5407

1564079        3,475.00    1        3,475.00
PLT 3/4CT DIA PC STU
  01 VALENTINE'S EVENT V                (1,476.00)
Net Amount                            1,999.00

1465471            .00    1            .00
NEW REPAIR SETUP        1003769926
SKU #    1564079
Net Amount                              .00

Subtotal                             1,999.00
Tax 8.000%                                .00
Tax 6.500%                             129.94
                                  ===========
Total                                2,128.94

American Express                    (2,128.94)
  XXXXXXXXXXX1009 E 12/04
  Approval Code: 593725

Change                                   .00


#1003769926  Repair Bal. Due            0
Not including applicable sales tax.


*****************************
*** C U S T O M E R   C O P Y ***
*****************************


I have received the grading report for the
  . . . . . . . I purchased.  I understand

DIAMOND  EARRINGS

---

Crystal Lake
Helzberg Diamonds     015-459-8955

********* REPRINT *********
Register        1        Date        03/08/2003
Cashier        2696        Time        02:38pm
Transaction No. 194460        Store        626

# TERRY RICHARDS

Sales Associates:
        Ann A.        26666

1534004        1,775.00    1        1,775.00
18KY 22" CURB LINK C
  80-Discount                          (776.00)
Net Amount                             999.00

Subtotal                               999.00
Tax 6.500%                              64.94
                                  ===========
Total                                1,063.94

American Express                    (1,063.94)
  XXXXXXXXXX2687 E 12/04
  Approval Code: 567920

Change                                   .00


*****************************
*** C U S T O M E R   C O P Y ***
*****************************


If it came from the heart, shouldn't it
  come from Helzberg Diamonds?
        www.helzberg.com

NECK  CHAIN



We're with you™

Circuit City Stores, Inc.
Store 3127
GURNEE, IL 60031-4591
(847) 855-0500                              14:00:36  05/10/03

Sold to:                                    Orig Date 11/03/02
TERENCE B. RICHARDS

                                            Ticket
CUSTOMER COPY                               317101285307
REPRINT

| Salesperson | | | Trans# | Register | Cashier |
|---|---|---|---|---|---|
| | | | 312703242181 | 02 | 058711 |
| Item | QTY | Model | Description | Tax | Amount |
| 1 SO | 1 | SON MEX5DI | CD PLAYER -AUTO | Y | 899.99 |
| 2 RF | 1-SON MEX5DI | | CD PLAYER -AUTO | Y | 899.99- |
| 3 SL | 1 | SON MEX5DI | CD PLAYER -AUTO | Y | 899.99 |
| 4 PJ | 1-SON MEX5DI | | Price Adjustment | Y | 49.50- |
| 5 SL | 1 | ESP Cityadvantage Protection Plan | | N | 79.99 |

|  |  |  |
|---|---|---|
| Non-Taxable | $ | 79.99 |
| Total Taxable | $ | 850.49 |
| Sales Tax | $ | 59.53 |
| TOTAL PURCHASE | $ | 990.01 |
| BALANCE | $ | 0.00 |

For manufacturer contact information, please refer to
your owner's manual or visit circuitcity.com

Item



Circuit City Stores, Inc.
Store 3001
  .TAL ...E  II. 60014
( '5) 455-7360                          :7: .. 04  1/73/02

Sold to:                               Ticker
TERENCE B. RICHARDS                    317101' ..
CUSTOMER COPY                          Orig Date 11/03/..

G. M. FERRARA                                      + ..  073435

| Item | Qty | Model | Description | Ta | Amount |
|------|-----|-------|-------------|----|--------|
| 1 | SO | 1 SON ME | G. . AYE? -AUTO | | $99.99 |

|  |  | Taxable | C | $ .04 |
|--|--|---------|---|-------|
|  | Sa | Tax | $ | 5. 30 |
|  | 10. | URCHASE | $ | 968.7. |
|  | CC .M | 072994 | $ | 180.00 |
|  | Total | | $ | 180.00 |
|  | BALANCE | | $ | 779.49 |

For manufacturer contact information, please refer to
your owner's manual or visit CircuitCity.com

Item

  1 SON MEX5D  has been ordered for you. Your Sales
    Associate will ...tfv you when your product is received.
  .. th ..heduled P.      ..n your ... MEX5DI
       ... nec.  5 .r receipt when picking up
       .. t ...:.



# Circuit City Stores, Inc.
Store 3795
KILDEER, IL 60047-3004
(847) 726-5814                                      14:41:48  01/11/03

Sold to:                                  Ticket
TERENCE B. RICHARDS                        312702939388

CUSTOMER COPY
REPRINT                                    Orig Date 11/13/02

| Salesperson | | | Trans# | Register | Cashier |
|---|---|---|---|---|---|
| | | | 379500382410 | 21 | 051711 |
| Item | Qty | Model | Description | Tax | Amount |
| 1 SL | 1 | PKG ACC | PROMO PACKAGE | N | .00 |
| 2 SL | 1 | BLK F8V6166 | WIRELESS PHONE A | Y | 15.99 |
| 3 SL | 1 | BLK F8V7038 | WIRELESS PHONE A | Y | 19.99 |
| 4 SL | 1 | BLK F8V6166 | WIRELESS PHONE A | Y | 15.99 |
| 5 SL | 1 | BLK F8V7038 | WIRELESS PHONE A | Y | 19.99 |
| 6 SL | 1 | SPS,SCHA500 | PCS WIRELESS PHO | Y | 299.99 |
| 7 SL | 1 | ESP Contract | Service Plan | N | 56.99 |
| 8 SL | 1 | SPS SCHA500 | PCS WIRELESS PHO | Y | 299.99 |
| 9 RT | 1 | ~SPS SCHA500 | PCS WIRELESS PHO | Y | 299.99- |
| 10 SL | 1 | SPS SCP5300 | PCS WIRELESS PHO | Y | 399.99 |
| 11 SL | 1 | ESP Contract | Service Plan | N | 59.99 |
| 12 SL | 1 | ESP Contract | Service Plan | N | 56.99 |
| 13 RT | 1 | -ESP Contract | Service Plan | N | 56.99- |

|  |  |
|---|---|
| Non -Taxable | $ 116.98 |
| Total Taxable | $ 771.94 |
| Sales Tax | $ 52.04 |
| TOTAL PURCHASE | $ 940.96 |
| BALANCE | $ 0.00 |

**CIRCUIT CITY**

*Where Service is State of the Art*

FILE NUMBER

All claims, returned goods or service requests, MUST BE accompanied by this Sales Ticket.

159717

FORM NO. 87-002

| Name | Terence Richards | Date 12/17/02 |
|---|---|---|
| Address | 2408 Aspen Dr | |
| City Woodstock | State IL | Zip Code 60098 | Phone (815) 404-3990 |

| Store No. | Register No. | Transaction | Salesperson Name and Number | Rebate Data/Location | Original Ticket 3101909 |
|---|---|---|---|---|---|

| Qty. | Brand | Model | Inventory Location | RT | Unit Price | Amount | Tax Y/N | Stock | Parts | Labor | Special Compnent | Sh/a/ Home |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | UPC | 024313034969 | | | | 99.99 | | | | | | |
| | UPC | 624543653019 | | | | 99.99 | | | | | | |
| | | 2 seasons | | | | | | | | | | |
| | | 5 collectors | | | | | | | | | | |
| | | editions | | | | | | | | | | |

BANK CARD IMPRESSIONS ONLY

Quote
Any questions please
Contact Circuit City
at (847) 855-0580
fax (847) 855-1205

| | Date | Amount Paid | Rec'd By |
|---|---|---|---|
| Total Taxable | | | |
| Sales Tax 7% | | | |
| Non Taxable | Total Payments | | |
| TOTAL | Balance Due | | |
| Pay Type No. 1 Authorization | Pay Type No. 2 Authorization | | |

| Type | Amount | Type | Amount | Type | Amount |
|---|---|---|---|---|---|
| Cash | | Check | | Visa | |
| CC | | Contract | | MC | |
| Other | | | | | |

The cardholder agrees to the credit card amount shown hereon and agrees to perform the obligations set forth in the cardholder's agreement with the issuer. For purchases made using a Circuit City credit card a security interest in this merchandise is hereby retained by the card issuer under the Circuit City credit card agreement.

\* The figures shown on the first line are the number of months of warranty provided by the manufacturer for parts, labor, and special components, such as picture tube, sealed cooling unit, magnetron, etc. If you purchased an Extended Service Contract, the figures on the next line show the total months of service protection, including the manufacturer's warranty. The differences between the first and second lines are the period of Extended Service provided by us. The terms and conditions of your Extended Service Contract are printed on the reverse side. "H" denotes home service. "S" means you must bring the item to the authorized service location in your area.

Signature _____

RECEIVED IN GOOD CONDITION    BY _____

**CUSTOMER COPY**

**CIRCUIT CITY.®**

*Where Service is State of the Art*

FILE NUMBER

All claims, returned goods or service requests, MUST BE accompanied by this Sales Ticket.

**159718**

FORM NO. 87-002

Name: Terence Richards

Address: 2408 Aspen Dr.

City: Woodstock   State: IL   Zip Code: 100098   Phone: (815) 404-3990

Date: 11/16/02

| Store No. | Register No. | Transaction | Salesperson Name and Number | Release Date/Location | Original Ticket Number |
|---|---|---|---|---|---|
| | | | | | 3716029686 |

| Qty. | Brand | Model | Inventory Location | RT | Unit Price | Amount | Tax Y/N | Stock | Mfg. Warranty-Extended Service Parts | Labor | Special Component | Shop Home |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | GEN/DIG2116 | | | | 124999 | Y | | | | | |

BANK CARD IMPRESSIONS ONLY

Quote
Any questions
please contact
Circuit City at
(847) 855-0580
fax (847) 855-1205

| | | Date | Amount Paid | Rec'd By |
|---|---|---|---|---|
| Total Taxable | | | | |
| Sales Tax | 79° | | | |
| Non Taxable | | Total Payments | | |
| TOTAL | | Balance Due | | |

Pay Type No. 1 Authorization

Pay Type No. 2 Authorization

| Type | Amount | | Type | Amount | | Type | Amount | |
|---|---|---|---|---|---|---|---|---|
| Cash | | | Check | | | Visa | | |
| C.C. | | | Contract | | | MC | | |
| Other | | | | | | | | |

The cardholder agrees to the credit card amount shown hereon and agrees to perform the obligations set forth in the cardholder's agreement with the issuer. For purchases made using a Circuit City credit card a security interest in the merchandise is hereby retained by the card issuer under the Circuit City credit card agreement.

⁂ The figures shown on the first line are the number of months of warranty provided by the manufacturer for parts, labor, and special components, such as picture tube, sealed cooling unit, magnetron, etc. If you purchased an Extended Service Contract, the figures on the next line show the total months of service protection, including the manufacturer's warranty. The differences between the first and second lines are the period of Extended Service provided by us. The terms and conditions of your Extended Service Contract are printed on the reverse side. "H" denotes home service. "S" means you must bring the item to the authorized service location in your area.

Signature _____

RECEIVED IN GOOD CONDITION   BY _____

**CUSTOMER COPY**

# Circuit City Stores, Inc.

Store 3171
CRYSTAL LAKE, IL 60014
(815) 455-7368                              20:07:00   11/16/02

## CUSTOMER COPY

Trans #: 317101291586
Merchant #:                    Register #: 52      Cashier: 016815
Mdse Desc: Consumer Electronics/Major Appliance/Home Office

|        |                        |        |       | Amount |
|--------|------------------------|--------|-------|--------|
| CCP    | RICHARDS/TERENCE       | 085767 | Sale  | $ 138.44 |
| FNANB  | 4104130008391643       |        |       |        |
|        | exp. 11/04             |        |       |        |

The cardholder agrees to the credit card amount shown
hereon and agrees to perform the obligations set forth
in the cardholder's agreement with the issuer. For
purchases made using a Circuit City credit card, or other
credit card issued by First North American National Bank,
a security interest in the merchandise listed below is
hereby retained by the credit card issuer under the credit
card agreement.

| Qty | Model      | Description    |
|-----|------------|----------------|
| 1   | ZENDVB216  | DIGITAL VIDEO  |

Signature:





## We're with you™



**Circuit City Stores, Inc.**
Store 3127
GURNEE, IL 60031-4591
(847) 855-0580

14:02:44  05/10/03

Sold to:
TERENCE B. RICHARDS

Orig Date 02/02/03

**CUSTOMER COPY
REPRINT**

Ticket
317101357346

| Salesperson | Trans# | Register | Cashier |
|---|---|---|---|
| | 312703242106 | 02 | 058711 |

| Item | Qty | Model | Description | Tax | Amount |
|---|---|---|---|---|---|
| 1 SL | 1 | PIO TSW28C | WOOFERS/SUBWOOFE | Y | 49.99 |
| 2 SL | 1 | PIO TSW28C | WOOFERS/SUBWOOFE | Y | 49.99 |
| 3 SL | 1 | NTX CM210S | UNLOADED ENCLOSU | Y | 47.95 |
| 4 SL | 1 | NTX THUNDER250D | POWER AMP - AUTO | Y | 169.96 |
| | | | ** OPEN BOX ** | | |
| 5 SL | 1 | ESP Cityadvantage | Protection Plan | N | 59.99 |
| 6 SL | 1 | INS AMPSUB | ROADSHOP INSTALL | N | 80.00 |
| 7 SL | 1 | INS SHOPFEE | OTHER INSTALLATI | N | 3.99 |
| 8 SL | 1 | MOC HPBAP300 | BASS ACCESSORIES | Y | 49.99 |
| 9 SL | 1 | MOC T201XLN2C5N | BASS ACCESSORIES | Y | 39.99 |
| 10 SL | 1 | MOC MBXLN12 | BASS ACCESSORIES | Y | 9.99 |
| 11 SL | 1 | MOC SMC1 | BASS ACCESSORIES | Y | 10.99 |
| 12 SL | 1 | ANT LC562CL | ROADSHOP PARTS | Y | 19.99 |
| 13 SL | 1 | PIO TSA6975 | SPEAKER - AUTO | Y | 99.99 |
| 14 SL | 1 | INS SPEAKERS | ROADSHOP INSTALL | N | 34.99 |
| 15 SL | 1 | INS SPKRHARNESS | OTHER INSTALLATI | Y | 6.99 |
| 16 RF | 1 | INS SPKRHARNESS | OTHER INSTALLATI | Y | 6.99- |
| 17 SL | 1 | MET CWS301SH | ROADSHOP HARNESS | Y | 6.99 |

| | | |
|---|---|---|
| Non-Taxable | $ | 178.97 |
| Total Taxable | $ | 555.82 |
| Sales Tax | $ | 36.13 |
| TOTAL PURCHASE | $ | 770.92 |
| BALANCE | $ | 0.00 |

For manufacturer contact information, please refer to
your owner's manual or visit circuitcity.com

# CIRCUIT CITY.

Where Service is State of the Art

All returns and/or
service requests, MUST BE
accompanied by this Sales Ticket.

**159719**
FORM NO. 87-002

Name: Terence Richards
Address: 2408 Aspen Dr
City: Woodstock  State: IL  Zip Code: 60098  Phone: (815) 404-3990

Original Ticket Number: 319 0093660

| Qty. | Brand | Model | Inventory Location | RT | Unit Price | Amount | Tax Y/N | Stock | Mfg. Warranty/Extended Service Parts | Labor | Special Component | Ship Home |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CC | 731452061223 | | | | 21.99 | | | | | | |
| | UPC | 075596034524 | | | | 20.99 | | | | | | |
| | UPC | 024543000916 | | | | 129.99 | | | | | | |
| | | Best of 80-90 - Pop set | | | | | | | | | | |
| | | Best of - cd | | | | | | | | | | |
| | | Complete 1st season Volume 1-7 | | | | | | | | | | |

BANK CARD IMPRESSIONS ONLY

"Q'oute" Any questions please contact Circuit City at (847) 855-0580
fax (847) 855-1205

| | | |
|---|---|---|
| Total Taxable | | |
| Sales Tax | 7 9/o | |
| Non Taxable | | Total Payments |
| TOTAL | | Balance Due |

Date | Amount Paid | Rec'd By

Pay Type No. 1 Authorization | Pay Type No. 2 Authorization

Type: Amount — Credit, Check, Contract, Other

The cardholder agrees to the credit card amount shown hereon and agrees to perform the obligations set forth in the cardholder's agreement with the issuer. For purchases made using a Circuit City credit card a security interest in this merchandise is hereby retained by the card issuer under the Circuit City credit card agreement.

* The figures shown on the first line are the number of months of warranty provided by the manufacturer for parts, labor, and special components, such as picture tube, sealed cooling unit, magnetron, etc. If you purchased an Extended Service Contract, the figures on the next line show the total months of service protection, including the manufacturer's warranty. The differences between the first and second lines are the period of Extended Service provided by us. The terms and conditions of your Extended Service Contract are printed on the reverse side. "H" denotes home service. "S" means you must bring the item to the authorized service location in your area.

Signature _____  RECEIVED IN GOOD CONDITION  BY _____

**CUSTOMER COPY**



Circuit City Stores, Inc.
Store 3127
GURNEE, IL 60031-4591
(847) 856-0580                           13:59:28  05/10/03

Sold to:                                 Orig Date 02/04/03
TERENCE B. RICHARDS

                                         Ticket
CUSTOMER COPY                            312703123957
REPRINT

| Salesperson | | Trans# | Register | Cashier |
| --- | --- | --- | --- | --- |
| C.W.GLOVER | | 312703242177 | 02 | 058711 |
| Item Qty | Model | (Description) | Tax | Amount |
| 1 SL | 1 SPS SCP5300 | PCS WIRELESS PHO | Y | 399.99 |
| 2 SL | 1 ESP Cityadvantage Protection Plan | | N | 59.99 |

|  | | |
| --- | --- | --- |
| Non-Taxable | $ | 59.99 |
| Total Taxable | $ | 399.99 |
| Sales Tax | $ | 28.00 |
| TOTAL PURCHASE | $ | 487.98 |
| BALANCE | $ | 0.00 |

For manufacturer contact information, please refer to
your owner's manual or visit circuitcity.com

Item

** THIS IS NOT AN ORIGINAL TICKET - REPRINT
 1 The Cityadvantage Protection Plan for Home and Car
   Electronics (ESP) for the SPS SCP5300 starts 02/04/03
   and expires 02/04/06. For service, simply drop
   off your product at any Circuit City store. Refer to
   the Comprehensive Service Guide for information and
   Terms and Conditions.

** This sales receipt and the accompanying terms and
   conditions constitute your Cityadvantage Protection
   Plan.

Return Policy
We want to make sure you're completely satisfied with
anything you buy from us. If something's not right or
you've simply changed your mind, please bring it back
within 30 days so we can either exchange it or give you
your money back. Since computer technology changes so
quickly, we can only offer a 14-day tryout on PCs and
related merchandise. For a full refund on a product,
we'll need you to return the box and packaging, too. If
you've already opened software, a music CD, game, or
movie, we can only exchange it for the same title.

Shop with us online at circuitcity.com.

                    FOR IN-HOME INSTALLATION OR
                    REPAIR SERVICE CALL: (888) 333-2333

REORDER





Circuit City Stores, Inc.
Store 3127
GURNEE, IL 60031-4591
(847) 855-0580                          14:17:44  05/10/03

Sold to:                                Orig Date 02/09/03
DONALD HARRINGTON
(847) 445-3462
19 N JACKSON ST
WAUKEGAN, IL 60085-4145
CUSTOMER COPY                           Ticket
REPRINT                                 312703122422

| Salesperson | Trans# | Register | Cashier |
|---|---|---|---|
| | 312703242247 | 02 | 056711 |

| Item | Qty | Model | Description | Tax | Amount |
|---|---|---|---|---|---|
| 1 SL | 1 | PKG 0202INST1000 | PROMO PACKAGE | N | .00 |
| 2 SL | 1 | HIT 65SWX208 | TV PROJECTION | Y | 3,399.99 |
| 3 SL | 1 | ESP Cityadvantage | Protection Plan | N | 349.99 |
| 4 SL | 1 | DLV Delivery | Delivery Charge | N | 39.99 |

|  |  |  |
|---|---|---|
| Non-Taxable | $ | 389.98 |
| Total Taxable | $ | 3,399.99 |
| Sales Tax | $ | 238.00 |
| TOTAL PURCHASE | $ | 4,027.97 |
| BALANCE | $ | 0.00 |

For manufacturer contact information, please refer to
your owner's manual or visit circuitcity.com

Item

```
Date: 02/22/03                                                      Page: 1
Time: 15: 2: 7                                      Salesperson: 174
Register: 173                                   Invoice Number: 170078801
Scheduled Delivery Date: 02/26/03
```

```
SOLD TO:                          BOUGHT FROM:
Don                Harrington      Pool-A-Rama
19 N. Jackson                      7265 Grand Ave.
Waukegan           IL             Gurnee              IL
60085     847-445-3462 (H)  - -   (W)  60031    847-856-8300
```

| Qty | Sku | Description | Unit $ | Ext $ |
|-----|-----|-------------|--------|-------|
| 1 | 544 | C.L. 8' Addison Ebony Pool Table | .00 | .00 |
| 1 | 90 | Pro 1 Slate for Bailey Addison Tables | .00 | .00 |
| 1 | 14386 | KPS Premier Kit (NO BALLS) | .00 | .00 |
| 1 | 712 | Imp Royal Belgium Balls w/ Aramth Logo | .00 | .00 |
| 1 | 1139 | D&R 8' Charcoal Cloth | .00 | .00 |
| 1 | 79 | Pool Table Installation and Delivery | .00 | .00 |
| 1 | 79985 | *Any Changes Must Be Made A Minimum Of | .00 | .00 |
| 1 | 79986 | 5 Working Days Prior To Delivery Date | .00 | .00 |

```
                                           SubTotal:    $1,399.99
                                                Tax:       $98.00
   Credit:        $0.00                                 ============
   Check:         $0.00                          Total:  $1,497.99
    Card:     $1,497.99                   Deposit Paid:   $1,497.99
    Cash:         $0.00                    Change Due:        $0.00
```

Refunds given up to 7 days WITH A STORE RECEIPT.  Store credit up to 30 days.
NO RECEIPT, STORE CREDIT ONLY.        NO REFUNDS on Unpackaged or Used Items.
15 0/0 Service Charge on NON-DELIVERED Layaway Cancelations after 7 days.


Customer Acknowledgement _____

THANK YOU

```
Date:. 02/22/03                                          Page: 1
Time: 15: 6:27                          Salesperson: 174
Register: 173                      Invoice Number: 170078802
Scheduled Delivery Date:
```

```
SOLD TO:                          BOUGHT FROM:
Don            Harrington         Pool-A-Rama
19 N. Jackson                     7265 Grand Ave.
Waukegan        IL                Gurnee               IL
60085   847-445-3462 (H)  -  -  (W)  60031    847-856-8300
```

| Qty | Sku | Description | Unit $ | Ext $ |
|-----|-------|-------------------------------------|--------|--------|
| 1 | 13186 | RAM 60" Alabaster Matte Black Light | 199.99 | 199.99 |
| 1 | 16001 | ALL SALES FINAL | .00 | .00 |
| 1 | 12997 | Display Product As Is Condition | .00 | .00 |

```
                                        SubTotal:    $199.99
                                             Tax:     $14.00
                                                     ===========
    Credit:      $0.00
    Check:       $0.00                        Total:    $213.99
     Card:     $213.99             Deposit Paid:    $213.99
     Cash:       $0.00               CHANGE DUE:      $0.00
```

Refunds given up to 7 days WITH A STORE RECEIPT.   Store credit up to 30 days.
NO RECEIPT, STORE CREDIT ONLY.        NO REFUNDS on Unpackaged or Used Items.
15 0/0 Service Charge on NON-DELIVERED Layaway Cancelations after 7 days.


Customer Acknowledgement_____



THANK YOU!!
POOL-A-RAMA
LEISURE CENTERS

SEE REVERSE SIDE FOR TERMS AND CONDITIONS.

Date: 05/10/03
Time: 15: 2: 7     Salesperson: 174
Register: 173  Inv. Number: 170078801
----------------------------------------

Pool-A-Rama
7265 Grand Ave.
Gurnee              Il.
60031            847-856-9300

----------------------------------------
  Card Amount:              $1,497.99

  Card Number: 371571350892007
     Exp. Date: 0412
  Batch Number: 109
    Ref Number: 10
Approval Code: 534154

I AGREE TO PAY THE ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)


----------------------------------------
  RICHARDS/TB
  Customer Signature




Date: 05/10/03
Time: 15: 6:27     Salesperson: 174
Register: 173  Inv. Number: 170078802
----------------------------------------
Pool-A-Rama
7265 Grand Ave.
Gurnee              IL
60031            847-856-8300

----------------------------------------
  Card Amount:               $213.99

  Card Number: 371571350892007
     Exp. Date: 0412
  Batch Number: 109
    Ref Number: 11
Approval Code: 542044

I AGREE TO PAY THE ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)


----------------------------------------
  RICHARDS/TB
  Customer Signature

**AMERICAN FLOOR SHOW, INC.**

4437 Old Grand Avenue

GURNEE, IL 60031

(847) 662-7900  FAX: (847) 249-9122

JOB INVOICE

SOLD TO

ADDRESS

CITY                    STATE              ZIP

HOME PHONE        JOB PHONE

JOB LOCATION:

CONTRACTOR:

SOLD BY          DATE OF ORDER

SCHEDULED INSTALLATION DATE:

CASH   CHARGE   OTHER

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |

**F L O O R I N G**

TYPE FLOOR      FURNITURE      APPLIANCES                    PADDING                    REMOVAL
☐ WOOD  ☐ CEMENT   ☐ YES  ☐ NO   ☐ YES  ☐ NO   ☐ 4LB  ☐ 6LB  ☐ 8LB  ☐ SYNTEX   ☐ YES  ☐ NO

INSTALLATION INSTRUCTIONS:

SUB-TOTAL

LABOR

SALES TAX

TOTAL

DEPOSIT

CUSTOMER READ BEFORE SIGNING: Buyer understands that there may be a dye-lot variation from sample. Seller is not responsible for chips, dents or conditions of existing moldings, doors, jambs, or fixtures. Room must be clear of obstacles at time of installation. Seller is not responsible for cutting doors. Seller is not responsible for customer's measurements. Seller is not responsible for manufacture or shipper delays. Unforeseen structural problems upon installation may change the amount due on this invoice. Store, warehouse, or special order merchandise or merchandise cut for your order is not subject to cancellation, refund or exchange. 24 Hour Exchange policy is for oriental rugs or stock rugs. I understand that under no circumstances is American Floor Show responsible for furniture damage. Also, any damage which may result from movement of furniture and property is at the customer's risk. A FINANCE Charge of 3 % (36 % PER ANNUM) will be charged to accounts past 5 days. In the event Buyer defaults under the terms of this agreement, Buyer agrees to pay reasonable attorney fees, if the sums due are collected by or through an attorney. Other:

**PAYMENT IN FULL TO BE MADE UPON COMPLETION OF INSTALLATION, UNLESS OTHERWISE NOTED.**

I/WE THE BUYER(S) HEREBY ACCEPT THE ABOVE TERMS AND CONDITIONS. Sig.

DATE COMPLETED AND PAID IN FULL:_____

White - Customer  Yellow - Office  Pink - Installation

AMERICAN FLOOR SHOW
4437 GRAND AVE
GURNEE, IL, 60031

TERMINAL: 1 01 SERVER:
MERCHANT #: _____

SALE
BATCH: _____
DATE: FEB 25, 0

AVS RESPONSE:

TOTAL                    $2090.00

TO RICHARD

X _Jessica B. Richard_
THANK YOU

I agree to pay above total amount
according to card issuer agreement
(Merchant agreement if credit voucher)





Circuit City Stores, Inc.
Store 3127
GURNEE, IL 60031-4591
(847) 855-0580                          19:59:48  05/10/03

_____

Sold to:                                Orig Date 09/01/03
TERENCE B. RICHARDS
                                        Ticket
CUSTOMER COPY                           312703158989
REPRINT

_____

Salesperson          Trans#       Register    Cashier
E.JOHNSON            312703242179    02        058711
Line Qty Mdse#       Description      Tax    Amount
 1 SL   1 HP  ZE5270   NOTEBOOK COMPUTE  Y    1,649.99

                    Total Taxable    $   1,649.99
                    Sales Tax        $     115.50
                    TOTAL PURCHASE   $   1,765.49
                    BALANCE          $       0.00

_____

For manufacturer contact information, please refer to
your owner's manual or visit circuitcity.com

Item

** THIS IS NOT AN ORIGINAL TICKET - REPRINT

Return Policy
We want to make sure you're completely satisfied with
anything you buy from us.  If something's not right or
you've simply changed your mind, please bring it back
within 30 days so we can either exchange it or give you
your money back.  Since computer technology changes so
quickly, we can only offer a 14-day tryout on PCs and
related merchandise.  For a full refund on a product,
we'll need you to return the box and packaging, too.  If
you've already opened software, a music CD, game, or
movie, we can only exchange it for the same title.

Shop with us online at circuitcity.com.

                    FOR IN-HOME INSTALLATION OR
                    REPAIR SERVICE CALL: (888) 333-2339

REPRINT



# SPECIAL SERVICES CUSTOMER AGREEMENT

Store 1920 CRYSTAL LAKE
4447 US ROUTE 14
CRYSTAL LAKE, IL 60014

Phone: (815 ) 479-1030
Salesperson: RJK956
Reviewer:

Page 1 of 2 **No. 1920-181223**

**VALIDATION AREA**

This is only a †QUOTE for the merchandise and services printed below. This becomes an Agreement upon payment and an endorsement by a Home Depot register validation.

| | |
|---|---|
| SALE | 1920 00014 86406    03/04/( |
| | 11    360    08:34 A |
| CUSTOMER AGREEMENT # | 181223 |
| RECALL AMOUNT | 2044.00 |
| 2009.00    TAX | 130.59 |
| TOTAL | $2174.59 |
| AMEX | 2174.57 |
| XXXXXXXXXXX2007 | |
| AUTH CODE 588813/4142107 | TA |

**SOLD TO**

Name **HARRINGTON**         **DONALD**

Address **3326 MOBILE DR**

City **PARK CITY**

State **IL**    Zip **60085**

Home Phone **(847) 445-3462**

Work Phone **(847) 409-1442**

Company Name

Job Description

County **LAKE**

†QUOTE is valid for this date: 03/04/2003

## MERCHANDISE AND SERVICE SUMMARY

We reserve the right to limit the quantities of merchandise sold to customers.

**VENDOR DIRECT SHIP #1**

**TO: CUSTOMER**

| S/O - MERCHANDISE TO BE SHIPPED: | | | | S/O G.E. APPLIANCESREF #S01 | ESTIMATED ARRIVAL DATE: 03/10/2003 | | | |
|---|---|---|---|---|---|---|---|---|
| REF # | SKU | QTY | UM | DESCRIPTION | | TAX | PRICE EACH | EXTENSION |
| S0101 | 174-602 | 1.00 | EA | M901 HAUL AWAY /M901 HAUL AWAY | /M901 HAUL AWAY | Y | $10.00 | $10.00 |
| S01FR | 811-860 | 1.00 | | S/O FREIGHT SKU | | N | $35.00 | $35.00 |

| S/O - MERCHANDISE TO BE SHIPPED: | | | | S/O MAYTAG COREF #S02 | ESTIMATED ARRIVAL DATE: 03/10/2003 | | | |
|---|---|---|---|---|---|---|---|---|
| S0201 | 668-227 | 1.00 | EA | JCD2389GES    /JCD2389GES | /JCD2389GES | Y | $1,999.00 | $1,999.00 |

**VENDOR WILL SHIP MDSE TO:**         DONALD HARRINGTON

**ADDRESS: 3326 MOBILE DR**

| STATE: IL | ZIP: 60085 | COUNTY: LAKE | SALES TAX RATE: 6.500 | MERCHANDISE TOTAL: | $2,044.00 |
|---|---|---|---|---|---|

| CROSS STREET #1: | RT 120 | CROSS STREET #2: | TESKE | |
|---|---|---|---|---|

| PHONE: (847) 445-3462 | ALTERNATE PHONE (847) 409-1442 | PAGER: (0) - | |
|---|---|---|---|

CITY PARK CITY

**END OF VENDOR DIRECT SHIP**



(9801)  0100181454

Case: 1:08-cv-06810 Document #: 139 Filed: 05/28/09 Page 28 of 29 PageID #:3342

**TOTAL CHARGES OF ALL MERCHANDISE & SERVICES**

| | |
|---|---|
| ORDER TOTAL | $2,044.00 |
| SALES TAX | $130.59 |
| TOTAL | $2,174.59 |
| BALANCE DUE | $2,174.59 |

END OF ORDER No. 1920-181223

HOME DEPOT #1920
4447 U.S. ROUTE 14
AL LAKE, IL 60014 (815)479-1030

1920 00014 86406     03/04/03
SALE          11   360     08:33 AM



CUSTOMER AGREEMENT #      181223
        RECALL AMOUNT      2044.00
  2009.00      TAX          130.59
              TOTAL      $2174.59
              AMEX        2174.59
XXXXXXXXXXXX2007
AUTH CODE 588813/4142107          TA



1920 14 86406 03/04/03 7233

YOUR OPINION COUNTS! COMPLETE A SURVEY
AT WWW.HOMEDEPOTOPINION.COM AND ENTER
TO WIN A $300 HOME DEPOT GIFT CARD!